The United States District Court
Northern District of Florida
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717
Charles A. Stampelos, United States Magistrate

RE: Inadequate Law Library Assistance
    Case no. 4:15 CV127-MW/CAS

Dear Judge Stampelos,

Please accept the following 11.22.15 affidavit into evidence.

Sincerely,
Steven D'Amico
Steven D'Amico L58304
Columbia Correctional Institution
216 Corrections Way
Lake City, Florida 32025

Certification of Service

I declare under penalty of perjury this letter was delivered to prison officials for mailing to:
Dr. Vernon Montoya, c/o Michael J. Thomas, Attorney at Law, 215 South Monroe Street, 2nd Fl., Tallahassee, Florida 32301; on the 23 day of November, 2015.
Steven D'Amico
Columbia Correctional Institution
216 Corrections Way
Lake City, Florida 32025

# AFFIDAVIT

STATE OF FLORIDA
COUNTY OF COLUMBIA

I, Steven F. D'Amico, hereby swear or affirm the here in after made statement is true and correct, is made of my own free will, and is based on personal knowledge.

On 11.12.15 I submitted form DC5-154 with two letters to the court and one affidavit to law clerk Johns from administrative confinement cell N1204. I informed Johns I needed five copies and five envelopes verbally and in writing on said department form. Johns stated the law library could not make copies of letters, only motions. I informed Johns I needed a copy for each defendant (4), and the Court. Johns was also provided with Magistrate Stampelos' 9-3-15 Order in case 4:15 CU127-MW/CAS. Item 15. states, "Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the Court."

On 11.22.15, ten days latter, another law clerk came to my disciplinary confinement cell N3110, and provided me with only three copies of said documents and three envelopes. Upon my inquiry this clerk said he was only delivering, and knows nothing of why only three copies and envelopes were provided. The completed form DC5-154 was enclosed with this affidavit evidencing approval of three copies and envelopes by Library Supervisor.

Consequently I was forced to mail one copy of said documents to Fran Wood for both Dr. Bucarelli and Dr. Martinez; and did not mail Dr. Marceus anything due to the 11.24.15 deadline imposed in 11.4.15 order was upon me.

UNNOTARIZED OATH

Under Penalties of Perjury, I declare I have read the foregoing affidavit, and the facts contained in it are true and correct.

Executed on November 22, 2015.    Steven D'Amico (Delarant)
Columbia Correctional Institution
216 Corrections Way
Lake City, Florida 32025

# COPYING SERVICES REQUEST AND WITHDRAWAL

TRACKING #: 251 - 2015 - __

INMATE NAME: Steven D'Amico    DC# X58304

INSTITUTION/UNIT: Columbia CI Annex    HOUSING LOCATION: N120X N3110-L

COPIES ARE NEEDED FOR: ☐ CRIMINAL PROCEEDING  ☒ NOT A CRIMINAL PROCEEDING

COURT/AGENCY AND OTHER PARTIES TO BE PROVIDED COPIES: U.S. District Court, 4 Defendant doctors Montoya, Martinez, Bucarelli, Marcus by ORDER of Judge Stampelos.

COURT DEADLINE: ☒ YES   ☐ NO    DATE OF COURT DEADLINE: 11-24-15

| TITLE OF DOCUMENT(S) TO BE COPIED | NO. OF PAGES | COPIES EACH REQUESTED | COPIES EACH APPROVED | TTL # COPIES MADE |
|---|---|---|---|---|
| 1. Letter to Judge - response to ORDER dated 11/4 | 1 | 5 | 3 | 3 |
| 2. Letter to Judge and Affidavit | 2 | 5 | 3 | 6 |
| 3. * Need 5 envelopes * | | | | |
| 4. also paper + another Form DC5-154 | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| TOTAL NUMBER OF COPIES MADE: | | | | 9 |

BY MY SIGNATURE, I AM REQUESTING THAT THE ABOVE-REFERENCED COPIES BE MADE FOR ME, AND, IF SAID DOCUMENTS ARE PROVIDED FOR FILING IN A NON-CRIMINAL PROCEEDING, I DO HEREBY AUTHORIZE THE DEPARTMENT TO CHARGE OR LIEN MY TRUST ACCOUNT FOR $ 0.15 FOR EACH PHOTOCOPY.

INMATE SIGNATURE: Steven D'Amico    DATE: 11-10-15

**INMATES DO NOT WRITE IN THIS BOX**

REQUEST IS: ☒ APPROVED  ☐ DISAPPROVED

LAW LIBRARY SUPERVISOR: [signature]    DATE: 11/18/15

REASON FOR DISAPPROVAL:

☐ CRIMINAL PROCEEDING. NO COST TO INMATE. (DC5-154 not sent to Inmate Trust)

☒ NON-CRIMINAL PROCEEDING. TOTAL COST (TOTAL COPIES X $0.15 EA):   $ 1.35

DATE COMPLETED: ____    DATE ISSUED/MAILED TO INMATE: ____

DC5-154 (Revised 8/07)    Incorporated by Reference in Rule 33-501.302, F.A.C.

The U.S. District Court, Northern District of Florida
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717
Charles A. Stampelas, United States Magistrate

PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION ON 11/20/15 (DATE) FOR MAILING JS (STAFF INITIAL) AD (I/M INITIAL)

RE: FL-DOC Officer stole evidence case no. 4:15CV127-MW/CAS

Dear Judge Stampelos,

Please accept the following affidavit into evidence.

Sincerely,
Steven D'Amico

Certificate of Service

I declare under penalty of perjury this letter and accompanying affidavit was delivered to prison officials for mailing to:

Dr. Vernon Montoya, c/o Michael J. Thomas, Attorney at Law, 215 South Monroe Street, Second floor, Tallahassee, Florida 32301;

Dr. Ana Bucarelli, c/o Fran Wood, Taylor C.I., 8501 Hampton Springs Road, Perry, Florida 32348.

Dr. Alfonso Martinez, c/o Fran Wood, Taylor C.I., 8501 Hampton Springs Road, Perry, Florida 32348.

~~Dr. P. Marceos, c/o Greg Drake~~, Columbia C.I., 216 Corrections Way, Lake City, Florida 32025

on the 23 day of November, 2015.    Steven D'Amico

Steven D'Amico  258304
Columbia Correctional Institution
216 Corrections Way
Lake City, Florida  32025

# AFFIDAVIT

STATE OF FLORIDA
COUNTY OF COLUMBIA

I, Steven F. D'Amico, hereby swear or affirm the here in after made statement is true and correct, is made of my own free will, and is based on personal knowledge.

On 11.4.15 officer Allen gave me a pass to report to medical just before my dormitory was released for lunch. Captain Esposito placed me in confinement purportedly because I ate lunch before going to medical. Officer T. Bearden packed and inventoried my personal property.

Upon recieving my legal papers I discovered that all my Leukemia and Lymphoma booklets and my biology textbook were missing. The Leukemia and Lymphoma Society located at 1311 Mamaroneck Ave. Suite 310, White Plains, New York 10605 provided me with these bookets. The Prison Literature Project, 1369 Haight St., San Francisco, Ca. 94117 provided me Biology Today & Tomorrow book (reciept dated 6.3.15). Bearden removed all this literature from my property because it provided information on proper medical care for Leukemia and Lymphoma, knowing this information to be useful to me in my Civil Rights Complaint, (case no. 4:15cv127-MW/CAS)

## UNNOTARIZED OATH

Under Penalties of Perjury, I declare I have read the foregoing affidavit, and the facts contained in it are true and correct.

Executed on November 12, 2015

*Steven D'Amico*
Declarant

Steven D'Amico X58304
Columbia Corrections Institution
216 Corrections Way
Lake City, Florida 32025

The U.S. District Court, Northern District of Florida
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717
Charles A. Stampelos, United States Magistrate

RE: ORDER dated 11/4/15 case no. 4:15 cv 127-MW/CAS

Dear Judge Stampelos,

The only clarifying information on Dr. Alfonso Martinez is he is presumed alive because he was a young man. If however he be deceased, I would of course drop him from my complaint.

Let it be noted only Dr. Montoya, a non-Corizon employee, was served by the Marshals. The other three doctors have presumably ducked service with the aid of their employer, Corizon Health Services

Most cordially,
Steven D'Amico

Certification of Service

I declare under penalty of perjury this letter was delivered to prison officials for mailing to:

Dr. Vernon Montoya, c/o Michael J. Thomas, Atty at Law, 215 South Monroe Street, 2nd floor, Tallahassee, Florida 32301;

Dr. Ana Bucarelli, c/o Fran Wood, Taylor C.I., 8501 Hampton Springs Road, Perry, Florida, 32348;

Dr. Alfonso Martinez, c/o Fran Wood, Taylor C.I., 8501 Hampton Springs Road, Perry, Florida, 32348.

~~Dr. P. Marcos, c/o Greg Drake~~, Columbia C.I., 216 Corrections Way, Lake City, Florida 32025.

on the 23 day of November, 2015. Steven D'Amico

Steven D'Amico X58304
Columbia Correctional Institution
216 Corrections Way
Lake City, Florida 32025

Steven D'Amico L58364
Columbia Correctional Institution
216 Corrections Way
Lake City, Florida 32025

Legal
mail

Clerk of
The United States District Court
Northern District of Florida
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717

PROVIDED TO COLUMBIA
CORRECTIONAL INSTITUTION
ON 11/03/15 (STAFF INITIAL)
(DATE FOR MAILING)
(I/M INITIAL)

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

U.S. POSTAGE >> PITNEY BOWES
ZIP 32025  $ 000.70⁵
02 1W
0001380775 NOV 23 2015

32301773097

