IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN F. D'AMICO,

      Plaintiff,

v.                                     Case No.  4:15cv127-MW/CAS

DR. VERNON MONTOYA, et al.,

      Defendants.

_____/

ORDER ACCEPTING
AMENDED REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation, ECF No. 98.  Upon consideration, no objections have been filed by the parties.   Accordingly,

IT IS ORDERED:

The amended report and recommendation is **accepted and adopted** as this Court's opinion.  Dr. Owojuyigbe's motion to dismiss, ECF No. 86, is **GRANTED** as to the claim against him in his official capacity for monetary damages, but otherwise **DENIED**.  Dr. Owojuyigbe shall file an answer to the complaint on or before July 25, 2016.  This cause is remitted to the Hon. Charles A. Stampelos,

1

Magistrate Judge, for further proceedings.

**SO ORDERED on July 14, 2016.**

                                            **s/Mark E. Walker            **
                                            **United States District Judge**