IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN F. D'AMICO,

      Plaintiff,

v.                                          Case No.  4:15cv127-MW/CAS

DR. VERNON MONTOYA, et al.,

      Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 145, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 152.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   Plaintiff's motion for temporary restraining order, ECF No. 142, is **DENIED**.  This case is remanded to the Magistrate Judge for further proceedings.

SO ORDERED on November 18, 2016.

                                             s/Mark E. Walker
                                             **United States District Judge**