IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN F. D'AMICO,

     Plaintiff,

v.                                        Case No.  4:15cv127-MW/CAS

DR. VERNON MONTOYA,
DR. A. BUCARELLI,
DR. ALFONSO MARTINEZ,
DR. P. MARCEUS,
DR. HEZEKIAH OWOJUYIGBE,
and JULIE JONES,

     Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 175, and has also reviewed *de novo* the objections of Defendant Dr. Owojuyigbe, ECF No. 177. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over the objections of Dr. Owojuyigbe, as this Court's opinion.  The motion for summary judgment filed

1

by Dr. Owojuyigbe, ECF No. 117, is **DENIED** as there is a genuine issue of material fact. This case is remanded to the Magistrate Judge for further proceedings prior to the setting of the case for trial.

    **SO ORDERED on March 1, 2017.**

                                                  <u>s/Mark E. Walker</u>              
                                                  **United States District Judge**