IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN D'AMICO,

    Plaintiff,

v.                                Case No. 4:15cv127-MW/CAS

DR. VERNON MONTOYA,
DR. A. BUCARELLI,
DR. ALFONSO MARTINEZ,
and DR. MARCEUS,
DR. HEZEKIAH OWOJUYIGBE,
and JULIE JONES, Secretary,
Florida Department of Corrections,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 192. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Dr. Owojuyibe's "notice of stipulation and motion to dismiss," ECF No. 185, is **DENIED**. This case is remanded to the Magistrate Judge for

1

consideration of the Agreement to Enter Into a Joint Stipulation, ECF No. 193, and all other pending matters.

**SO ORDERED on July 3, 2017.**

                                    **s/Mark E. Walker**  
                                    **United States District Judge**