IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN D'AMICO,

    Plaintiff,

v.                                        Case No. 4:15cv127-MW/CAS

DR. VERNON MONTOYA,
DR. A. BUCARELLI,
DR. ALFONSO MARTINEZ,
and DR. MARCEUS,
DR. HEZEKIAH OWOJUYIGBE,
and JULIE JONES, Secretary,
Florida Department of Corrections,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 198. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion for summary judgment of Defendant Dr. Marceus, ECF No.

1

136, is **GRANTED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on August 31, 2017.**

<span style="margin-left: 3em;">**s/Mark E. Walker**   ____<br>**United States District Judge**</span>