IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN F. D'AMICO

    Plaintiff,
v.                                          Case No. 4:15cv127-MW/CS

DR. VERNON MONTOYA,
et al.,
    Defendants.
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 207, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 215. Accordingly

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's motion for summary judgment, ECF No. 153, is **DENIED**. The motion for summary judgment motion of Secretary Julie Jones, ECF No. 164, is **GRANTED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on September 29, 2017.**

                                                      <u>s/Mark E. Walker</u>
                                                      **United States District Judge**