IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN D'AMICO,

    Plaintiff,

v.                                    Case No. 4:15cv127-MW/CAS

DR. VERNON MONTOYA,
DR. A. BUCARELLI,
DR. ALFONSO MARTINEZ,
and DR. MARCEUS,
DR. HEZEKIAH OWOJUYIGBE,
and JULIE JONES, Secretary,
Florida Department of Corrections,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 195. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

---

[1] While Plaintiff filed his Rule 56(d) Motion, Motion to Appoint Expert Witness, and Objections to Report and Recommendations to ECF Nos. 195 and 207, ECF No. 215, this Court found no objections in the document but rather determined the motion, ECF No. 215, to be only a motion to appoint expert witness.

1

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion for summary judgment of Defendant Dr. Montoya, ECF No. 127, is **GRANTED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on October 24, 2017.**

<u>**s/Mark E. Walker**</u>           
**United States District Judge**