# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEVEN D'AMICO,

    Plaintiff,

v.                                       Case No. 4:15cv127-MW/CAS

DR. VERNON MONTOYA,
DR. A. BUCARELLI,
DR. ALFONSO MARTINEZ,
and DR. MARCEUS,
DR. HEZEKIAH OWOJUYIGBE,
and JULIE JONES, Secretary,
Florida Department of Corrections,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 206. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion for reconsideration of Defendant Dr. Owojuyigbe, ECF No.

1

196, is **GRANTED** and summary judgment is entered in favor of Dr. Hezekiah Owojuigbe.

    **SO ORDERED on October 24, 2017.**

                                              **s/Mark E. Walker**
                                              **United States District Judge**