# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEVEN F. D'AMICO,

    Plaintiff,

v.                                       Case No. 4:15cv127-MW/CAS

DR. VERNON MONTOYA,
DR. A. BUCARELLI,
DR. ALFONSO MARTINEZ,
DR. P. MARCEUS,
DR. HEZEKIAH OWOJUYIGBE,
and SECRETARY JULIE JONES,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 225. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Judgment is entered in favor of

all Defendants. This case is **DISMISSED** and Plaintiff's motion for preliminary injunction, ECF No. 204, is **DENIED as moot**." The Clerk shall close the file.

**SO ORDERED on January 2, 2018.**

<u>s/Mark E. Walker</u>          ____
**United States District Judge**